FILED
2013 NOV -8 P 1:06

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Pierre Glynn 166371
_____

Inmate Identification Number: 166371
_____

_____

(Enter above the full name(s) of the plaintiff(s)
in this action

vs.

Cassandra Conway et al.
_____

Kristie Bias
_____

Dewayne Estes
_____

(Enter above full name(s) of the defendant(s)
in this action



NOTICE TO FILING PARTY

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

CV-13-P-2049-NE

1   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( ___ )         No ( X )

   B.   If your answer to (A) is "yes,) describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline)

        1   Parties to this previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

2   Court (if Federal Court, Name the district; if State Court, Name the county)

_____

3   Docket Number _____

4   Name the judge to whom case was assigned _____

5   Disposition (for example: Was the case dismissed?   Was it appealed?   Is it still pending?) _____

6   Approximate date of filing lawsuit _____

7   Approximate date of disposition _____

I   Place of present confinement _____

   A.   Is there a prisoner grievance procedure in this institution?
      Yes ( ___ )    No ( x )

   B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( ___ )    No ( X )

   C    If your answer is YES:

      1   What steps did you take? _____

      2   What was the result? _____

   D   If your answer is NO, explain why not?   There is not a griviance procedure in ADOC but however I did write request slips to the Warden, and Classification Supervisor Kristie Bias and wrote several Requests to Cassandra Conway in Montgomery Central Records ADOC.

Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A   Name of plaintiff(s)   Pierre Glynn

    Address   28779 Nick Davis Road harvest Alabama 35749-7009

In the item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the thirs blank. Use item (C ) for the names, positions, and places of employment of any additional defendants

B   Defendant   Cassandra Conway

    is employed as   Director of Central Records ADOC

    at   Central records Division P.O. Box 301501 Montgomery Al.

C   Additional Defendants   Kristie Bias, Dewayne Estes

    Angie Baggett   are the Assistance Director of Classification

    Classification Supervisor at the Limestone Correctional

    Facility and the Warden of Limestone Correctional Facility.

V.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

The ADOC Central record division is denying me equal protection of the law whereas ADOC is arbitrarily denying Glynn access to a lesser restrictive custody level based on allegations that Glynn is still a suspect in a 20+ Years Murder investigation that is still ongoing, and because he is a " Restrictive " inmate based upon the details of the current offense that he is serving time for, as well as other factors that are in

his prison files that are erroneous. Glynn has had minimum custody in the past but over the years the classification used the erroneous and incomplete information to classify Glynn according to the ADOC Regulations. The ADOC is discriminating against Glynn based upon his race and his offense to deny him placement in a lesser restrictive custody facility.

RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order the ADOC to remove the restrictive status from Glynn institutional file and all of the erroneous information stating that Glynn is currently a suspect in an ongoing murder investigation after nearly 20 plus years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-7-2013

*Pierre 3 Gln*

Signature(s)

Pierre Glynn # 166371 K78
Limestone Correctional Facility
28779 Nick Davis Road
Harvest Alabama 35749-7009

This Correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

SECURITY

NOV 08 2013
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
LEGAL MAIL



UNITED STATES POSTAGE
PITNEY BOWES
02 1R      $ 00.66⁰
0002001241   NOV 07 2013
MAILED FROM ZIP CODE 35749

NORTHERN DISTRICT COURT
UNITED STATES DISTRICT COURT HOUSE
HUGO L. BLACK BUILDING
1729 5th AVENUE NORTH
BIRMINGHAM ALABAMA 35203